1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY A. SERMENO,                          No.  2:17-cv-0745 GEB KJN P

12                Plaintiff,

13         v.                                    ORDER

14    M. IRMER, et al.,

15                Defendants.

16

17         Plaintiff has filed a motion for extension of time to file his amended complaint.  Good

18    cause appearing, IT IS HEREBY ORDERED that:

19         1.  Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

20         2.  Plaintiff is granted thirty days from the date of this order in which to file his amended

21    complaint.

22    Dated:  June 21, 2017

23

24                                               KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

25

26    /rh
      serm0745.36

27

28